# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSS DOUGLAS EARLE MACPHEE; | ) | |
|   380 Cottekill Road | ) | |
|   High Falls, NY 12484 | ) | |
| | ) | |
|           Plaintiff(s) | ) | Civil Action No 1:22-cv-2121 |
| | ) | |
|       v. | ) | |
| | ) | |
| ALEJANDRO MAYORKAS, in his official | ) | |
| capacity, Secretary, U.S. Department of | ) | |
| Homeland Security; | ) | |
| UR M. JADDOU, in his official capacity, | ) | |
| Director, U.S. Citizenship and Immigration | ) | |
| Services; | ) | |
|   2707 Martin Luther King Jr. Ave, SE | ) | |
|   Washington, DC 20528-0485 | ) | |
| | ) | |
| MERRICK B. GARLAND, in his official | ) | |
| capacity, Attorney General, Office of Attorney | ) | |
| General, U.S. Department of Justice; | ) | |
|   950 Pennsylvania Avenue, NW | ) | |
|   Washington, DC 20530-0001 | ) | |
| | ) | |
|           Defendant(s). | ) | |
| | ) | |
| | ) | |

_____

## PLAINTIFF'S ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS AND VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT

Brian Kholodovsky, Attorney for Plaintiff, JEELANI LAW FIRM, PLC, 28411 Northwestern

Hwy, Suite 875, Southfield, Michigan 48034, Ph: 248-850-7841, Facsimile: 312-767-9030, Email:

brian@jeelani-law.com.

## INTRODUCTION

COMES NOW ROSS DOUGAS EARLE MACPHEE, (hereinafter "Plaintiff MACPHEE" or "Plaintiff") and by and through the undersigned attorney, in the above cause, and states as follows:

1.   This civil action seeks to compel unreasonably delayed government action in the issuance, production, and delivery of form I-551, Permanent Resident Card ("Green Card"). Plaintiff entered the United States in 1979 and has been a permanent resident since October 2, 1981.

2.   Despite having been admitted to the U.S. as a lawful permanent resident since October 2, 1981, and having filed for replacement of his Green Card, including payment of the requisite fees, on March 31, 2021, United States Citizenship and Immigration Service (USCIS) has failed to issue, produce, and deliver Plaintiffs' replacement Green Card to Plaintiff MACPHEE. A period of over 15 months has passed since Plaintiff has filed for his replacement Green Card.

3.   Without the issuance of his Green Card, Plaintiff will be required to apply for another extension of his Green Card as proof of his lawful permanent residence, continued work authorization and permission to freely travel.

4.   The Plaintiff has a clear right to the issuance, production, and delivery of his Green Card within in a timely manner. The issuance, production, and delivery of Plaintiff's Green Card is a nondiscretionary task that Defendants must perform within a reasonable period of time. 5 U.S.C. §555(b).

5.   Defendants are in violation of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.  As such, this action is brought to compel Defendants and those acting under them to take action on the issuance, production, and delivery of the Green Card.

6. USCIS has published a historical average processing time in 2021, of 5.2 months for the adjudication of Form I-90. Plaintiff MACPHEE's Form I-90 has been pending for over 15 months, which is almost three times the average historical processing time as reported by USCIS.[1]

## PARTIES

7. Plaintiff MACPHEE is a citizen of Canada and a lawful permanent resident of the United States. For the purposes of this suit, Plaintiff MACPHEE is a resident of Ulster County, New York.

8. Defendant ALEJANDRO MAYORKAS is the Secretary of the United States Department of Homeland Security (hereinafter "DHS"). This action is filed against him in his official capacity. Defendant MAYORKAS is responsible for the enforcement of the INA and for the delegation of adjudicatory and discretionary authority to other employees of the DHS and USCIS pursuant to 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

9. Defendant UR M. JADDOU is the Director of USCIS; she is an official generally charged with supervisory authority over all operations of USCIS under 8 C.F.R. § 103.1. This action is filed against her in her official capacity.

10. Defendant MERRICK B. GARLAND is the Attorney General of the United States; he is an official generally charged with supervisory authority over all operations of the Department of Justice (hereinafter "DOJ") under 28 C.F.R. § 0.5. This action is filed against him in his official capacity.

---

[1] *See* USCIS Historical Processing Times at: https://egov.uscis.gov/processing-times/historic-pt

## JURISDICTION AND VENUE

11.   This Court has jurisdiction to hear this complaint and the claims stated herein by virtue of 28 U.S.C. §§ 1331, § 1361 and §2201 because this is a federal mandamus action brought to compel Defendants to perform their statutory duties owed to the Plaintiffs. This Court has additional jurisdiction by virtue of the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.,* because Plaintiffs are seeking judicial review of inaction by one or more of the Defendants.

12.  Venue is proper in the District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(e) in that this is the district in which one of the Defendants resides.

## EXHAUSTION OF REMEDIES

13.   The Plaintiff has repeatedly requested the Defendants to issue, produce, and deliver his Green Card.  Further, Plaintiff has initiated numerous inquiries with USCIS without any meaningful response.

14.  The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied USCIS with documents that establish his eligibility for the issuance, production, and delivery of his physical Green Card.

15.  There are no further administrative remedies available for the Plaintiff to utilize.

## FACTUAL ALLEGATIONS

16.  Plaintiff MACPHEE has been a lawful permanent resident since October 2, 1981.  **[EXHIBIT A].**

17.  On March 31, 2021, Plaintiff MACPHEE filed Form I-90, Application to Replace Permanent Resident Card with USCIS and paid the requisite fee charged by USCIS for the issuance, production, and delivery of his replacement Green Card. **[EXHIBIT B]**.

18. Despite the submission of his Form I-90 over 15 months ago, and payment of the required fees, USCIS has yet to issue, produce, and deliver Plaintiff's physical Green Card.

19. USCIS has made no requests for additional evidence or information from the Plaintiff; no action is outstanding on the part of the Plaintiff.

20. Plaintiff has made numerous inquiries with USCIS and has requested delivery of his Green Card.

21. Plaintiff's inquiries have not resulted in any meaningful response from USCIS and Plaintiff MACPHEE's Form I-90 continues to be pending for over 15 months.

22. The issuance, production, and delivery of Plaintiff MACPHEE's Green Card continues to be incomplete, and without judicial intervention, Plaintiff's Green Card will likely remain unissued for an unknown period of time.

23. Without the issuance of his Green Card, Plaintiff will be required to apply for yet another extension of his Green Card as proof of his lawful permanent residence, continued work authorization and permission to freely travel.

24. Plaintiff has endured significant financial and emotional burdens as a result of the unreasonable period of time that USCIS has taken in the issuance, production, and delivery of Plaintiff's Green Card.

25. Moreover, Plaintiff has incurred significant attorney's fees and will likely suffer great economic hardship in the near future due to the Defendants' failure to act within a reasonable period of time.

<u>**COUNT I**</u>

<u>VIOLATION OF THE APA</u>

26. All prior paragraphs are re-alleged as if fully stated herein.

5

27. Plaintiff has a clear right to the issuance, production, and delivery of his Green Card. *See* 8 CFR §§ 106.2 and 264.5.

28. Defendants have a duty to issue, produce, and deliver Plaintiff's Green Card within a reasonable period of time under 5 U.S.C. §555(b).

29. The duty owed to Plaintiff is ministerial and so plainly prescribed as to be clear and free from doubt.

30. No other adequate remedy is available to Plaintiff MACPHEE.

31. Defendants have collected the requisite fee and have sufficient information and documentation about Plaintiff to issue his replacement Green Card.

32. USCIS has published a historical average processing time in 2021, of 5.2 months for the adjudication of Form I-90.  Plaintiff MACPHEE's Form I-90 has been pending for over 15 months, which is almost three times the average historical processing time as reported by USCIS.[2]

33. Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 et seq., as they are unlawfully withholding action on Plaintiff's Green Card and have failed to carry out the functions delegated to them by law with regard to Plaintiff MACPHEE's case.

34. Defendants' delay in this case is, as a matter of law, arbitrary, and not in accordance with the law. Defendants have willingly and unreasonably delayed and have refused to deliver Plaintiff's Green Card, thereby depriving Plaintiff of the rights to which he is entitled.

35. As a result of Defendants failure to provide Plaintiff MACPHEE with his physical Green Card, Plaintiff will be required to obtain yet another extension of his Green Card as proof of

---

[2] *See* USCIS Historical Processing Times at: https://egov.uscis.gov/processing-times/historic-pt

his lawful permanent resident status, continued work authorization, and permission to freely travel.

36. In addition, as a result of this delay, Plaintiff have incurred enormous costs and significant attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully prays:

    1. That the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order mandating a time certain to issue, produce, and delivery Plaintiff's Green Card.

    2. In the alternative, that the Court compel Defendants, and those acting under them, to perform their duty to issue, produce, and deliver Plaintiff's Green Card immediately.

    3. Finally, that the Court award reasonable attorney's fees under the Equal Access to Justice Act, 5 U.S.C. § 504, and such other and future relief as this Court deems proper under the circumstances.

Date:  July 18, 2022

Respectfully submitted,

    /s Brian Kholodovsky
**Brian Kholodovsky, Esq. (6300193)**
**JEELANI LAW FIRM, PLC**
**28411 Northwestern Hwy, Suite 875**
**Southfield, MI 48034**
**brian@jeelani-law.com**
**Phone:(248) 850-7841**
**Fax:(312) 767-9030**
***Counsel for Plaintiff***