UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSS DOUGLAS EARLE MACPHEE, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> Alejandro MAYORKAS, et al., ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No. 22-2121 (TNM) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE**

Defendants by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time, until October 26, 2022, to file Defendants' response to the Plaintiff's petition for writ of mandamus and complaint for declaratory relief (ECF No. 1). Defendants' response is due today, September 26, 2022.

As grounds for this motion, Defendants state as follows:

1. Plaintiff filed the petition for writ of mandamus and complaint for declaratory relief on July 8, 2022. *See* ECF No. 1. Plaintiff, who resides in High Falls, New York, seeks to compel the United States to issue, produce, and deliver his Form I-551, Permanent Resident Card ("Green Card"). *See generally* ECF No. 1.

2. On September 22, 2022, the U.S. Citizenship and Immigration Services ("USCIS") Potomac Service Center, located in Alington, Virginia, approved Plaintiff's Form I-90, Application to Replace Permanent Resident Card. *See* Exhibit 1. It is anticipated that Plaintiff's Permanent Resident Card (Green Card) will be mailed to Plaintiff. *Id.*

3. On September 20, 2022, Plaintiff's counsel, Brian Kholodovsky, Esquire, consented to the filing of a motion to transfer the matter to the Northern District of New York. However, because the relief sought—the issuance of Plaintiff's Green Card—has been done by USCIS, the case will soon be moot upon receipt of the Green Card by Plaintiff.

4. Defendants now seek a 30-day extension to allow undersigned counsel time to confirm Plaintiff's receipt of the Green Card and to coordinate a dismissal with Plaintiff's counsel. Defendants request this extension in good faith and not for the purpose of delay.

5. The requested relief will not affect any other deadlines currently imposed by the Court. Defendants do not believe that it will prejudice Plaintiff should the Court grant this request.

6. The undersigned Assistant United States Attorney is aware of this Court's Standing Order and the four-business day rule for rescheduling court proceedings. However, it was not until September 23, 2022—within the 4-day window—that the undersigned learned that the USCIS had approved Plaintiff's application. He promptly contacted Plaintiff's counsel to advise him of the USCIS' action. However, as of the time of this filing, the undersigned has not been able to confer with counsel. In any event, the undersigned apologizes to the Court for seeking an extension on the due date and, given the recent developments, seeks to be excused from that requirement. .

7. In accordance with Local Civil Rule 7(m), undersigned counsel attempted to confer with the Plaintiff's counsel about this extension *via* e-mail sent on September 25, 2022, and via phone call made on September 26, 2022. However, as of the time of this filing, counsel for the parties have not yet conferred about this extension of time.

8. This is Defendants' first request for an enlargement of time.

9. Accordingly, Defendants respectfully request that the Court grant this motion for an extension of time of 30 days, up to and including October 26, 2022, to respond to the Plaintiff's

petition for writ of mandamus and complaint for declaratory relief (ECF No. 1). Defendants shall promptly notify the Court if the parties are able to resolve this case before the requested deadline.

    10.    A proposed order is attached.

Dated: September 26, 2022            Respectfully submitted,

                                   MATTHEW M. GRAVES
                                   United States Attorney
                                   D.C. Bar No. 481052

                                   BRIAN P. HUDAK
                                   Chief, Civil Division

                     By:     */s/ T Anthony Quinn*
                                   T. ANTHONY QUINN
                                   D.C. Bar No. 415213
                                   Assistant United States Attorney
                                   Civil Division
                                   601 D Street, NW
                                   Washington, D.C. 20530
                                   (202) 252-7558
                                   tony.quinn2@usdoj.gov

                                   *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSS DOUGLAS EARLE MACPHEE, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 22-2121 (TNM) |
| Alejandro MAYORKAS, et al., | ) |
| *Defendants.* | ) |

### [PROPOSED] ORDER

The matter is before the Court upon the Defendants' motion for extension of time to file their response to Plaintiff's petition for writ of mandamus and complaint for declaratory relief (ECF No. 1).

Upon consideration of the Defendants' unopposed motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED**, that the motion is **GRANTED**. It is further

**ORDERED**, that the Defendants shall file their response to Plaintiff's petition for writ of mandamus and complaint for declaratory relief on or before October 26, 2022.

**SO ORDERED** this _____ day of _____, 2022.

_____
**TREVOR N. McFADDEN**
United States District Judge